536

No. 819. WASHINGTON FIDELITY NATIONAL INS. CO. *v.* BURTON. April 18, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Walter C. Clephane, J. Wilmer Latimer,* and *Gilbert L. Hall* for petitioner. *Messrs. W. Gwynn Gardiner* and *George A. Maddox* for respondent.

No. 824. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* HARMEL. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Thacher* for petitioner. *Mr. Robert Ash* for respondent.

No. 494. AMERICAN SURETY CO. *v.* BALDWIN ET AL. April 25, 1932. Petition for writ of certiorari to the Supreme Court of Idaho granted. *Messrs. Allan C. Rowe* and *Wm. Marshall Bullitt* for petitioner. *Mr. James F. Ailshie* for respondents.

No. 821. GULF STATES STEEL CO. ET AL. *v.* UNITED STATES. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. John M. Perry, Augustus Benners, James P. McGovern,* and *John W. Drye, Jr.,* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, A. H. Conner,* and *W. Marvin Smith* for the United States.

No. 822. NEW YORK CENTRAL R. CO. *v.* FARMER, ADMINISTRATRIX. April 25, 1932. Petition for writ of cer-